UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFF WESKE, JO ANNA FRAGER, and DARRYL MYHRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendant. | Civil Action No. 2:10 – cv – 04811 (WJM/MF)<br><br>**JURY TRIAL DEMANDED**<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSIONS OF JONATHAN D. SELBIN, ESQ.** |

OCT 2 0 2010

**THIS MATTER** having been opened to the Court by Cohen, Placitella & Roth, PC, counsel for Plaintiffs, by way of Motion seeking an Order allowing Jonathan D. Selbin, Esquire of the law firm Lieff Cabraser Heimann & Bernstein, LLP , to appear and participate in this action *pro hac vice*, and the Court having reviewed said Motion, all papers submitted in support of said Motion, and all papers submitted in opposition to said Motion, and for good cause shown;

IT IS on this _25_ day of _Oct_ , 2010,

**ORDERED** that Plaintiffs' motion be, and is hereby granted; and it is further

**ORDERED** that Jonathan D. Selbin, Esquire of the law firm Lieff Cabraser Heimann & Bernstein, LLP., being a member in good standing of the Bar of the State of New York, and not being now or at any time under suspension or disbarment by the bar of any court, and not being the subject of any pending disciplinary proceeding as a member of the bar of any court, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1; and it is further

894507.1

Case 2:10-cv-04811-WJM-MF   Document 6-1   Filed 10/11/10   Page 2 of 2 PageID: 77

**ORDERED** that Jonathan D. Selbin, Esquire shall abide by all the rules of this Court, including all relevant disciplinary rules; and it is further

**ORDERED** that Jonathan D. Selbin, Esquire and the firm of Lieff Cabraser Heimann & Bernstein, LLP shall each consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against Jonathan D. Selbin, Esquire, or Lieff Cabraser Heimann & Bernstein, LLP that may arise out of Mr. Selbin's participation in the matter; and it is further

**ORDERED** that Jonathan D. Selbin, Esquire shall notify the Court immediately of any matter affecting Mr. Selbin's standing as a member of the bar of any court; and it is further

**ORDERED** that Jonathan D. Selbin, Esquire shall endeavor to assure that pleadings, briefs and other papers filed with the Court shall be signed and filed by an attorney of record who is authorized to practice before this Court; and it is further

**ORDERED** that Jonathan D. Selbin, Esquire shall pay the required annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and this payment shall be made for any year in which Applicant continues to represent a client in the pending matter.

_____

Hon. William J. Martini
United States District Judge

MARK FALK
United States Magistrate Judge

894507.1                                    -2-