

# GRAHAM CURTIN
*A Professional Association*

JAMES J. O'HARA
DIRECT DIAL 973-401-7125
johara@grahamcurtin.com

March 24, 2011

VIA ELECTRONIC FILING
Honorable William J. Martini, U.S.D.J.
Martin Luther King, Jr. Federal Building
 and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    Weske et al. v. Samsung Electronics America, Inc. et al.
               Civil Action No. 10-4811 (WJM) (MF)

Dear Judge Martini:

      This firm represents defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively "Samsung") in the above-referenced matter. This is a putative class action involving alleged defects in refrigerators manufactured by Samsung. The three named plaintiffs, residents of Ohio, Minnesota and Washington, assert claims under the New Jersey Consumer Fraud Act, as well as causes of action for breach of implied warranty, fraudulent concealment and unjust enrichment.

      Samsung's deadline to file a responsive pleading or otherwise move in this matter is currently April 4, 2011. Samsung anticipates filing a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b). Samsung's brief in support of this motion must necessarily address not only three sets of operative facts, but must also address all four causes of action and perform a choice of law analysis (involving four different states) for each.

      Pursuant to L. Civ. R. 7.2, Samsung respectfully requests permission to file an overlength brief in support of its anticipated motion to dismiss. Samsung expects that 50 pages should suffice. We enclose a proposed form of Order permitting submission of an overlength brief.

1249028_1

4 Headquarters Plaza • P.O. Box 1991 • Morristown • New Jersey 07962-1991
T 973.292.1700 • F 973.292.1767 • GrahamCurtin.com

GRAHAM CURTIN
A Professional Association

Honorable William J. Martini, U.S.D.J.
March 24, 2011
Page 2

    We appreciate the time and consideration extended by Your Honor in this matter.

                        Respectfully,

                        /s/ James J. O'Hara

                        JAMES J. O'HARA

Enclosure
cc: All counsel of record (via ECF)

1249028_1