James J. O'Hara
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Defendants
Samsung Electronics America, Inc.
and Samsung Electronics Co., Ltd.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFF WESKE, JO ANNA FRAGER, DARRYL MYHRE, RALPH CHERMAK, JEFF POLSEAN, MAUREEN KEAN and BEVERLY BURNS, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants | Civil Action No. 2:10-cv-04811 (WJM)<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS<br><br>Motion Return Date: August 6, 2012<br><br>ORAL ARGUMENT REQUESTED |

TO:  James E. Cecchi, Esq.
     Lindsey H. Taylor, Esq.
     Carella, Byrne, Cecchi, Olstein,
        Brody & Angello, P.C.
     5 Becker Farm Road
     Roseland, New Jersey 07068

     Lauren S. Brantz, Esq.
     Michael Coren, Esq.
     Cohen, Placitella and Roth, PC
     2001 Market Street, Suite 2900
     Philadelphia, Pennsylvania 19103

     Jonathan D. Selbin, Esq.
     Jason L. Lichtman, Esq.
     Kristen Law Sagafi, Esq.
     Lieff Cabraser Heimann & Bernstein, LLP
     250 Hudson Street, 8th Floor
     New York, New York 10013
     275 Battery Street, 29th Floor
     San Francisco, California 94114

     J. Gordon Rudd, Jr., Esq.
     David M. Cialkowski, Esq.
     Zimmerman Reed, PLLP
     80 South 8th Street
     Minneapolis, Minnesota 55402

     Attorneys for Plaintiffs

1519714_1

PLEASE TAKE NOTICE that on August 6, 2012 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. (collectively "Samsung") shall apply to the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey for an Order of the Court pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b) granting Samsung's motion to dismiss Plaintiffs' Second Amended Complaint and striking Plaintiffs' class allegations pursuant to Fed. R. Civ. P. 23.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Samsung will rely on the supporting Brief and Affirmation of Counsel submitted herewith, together with any papers they may submit in reply to any opposition filed.

PLEASE TAKE FURTHER NOTICE that a Proposed Form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Samsung requests oral argument of this motion.

Dated: June 25, 2012

Respectfully,

James J. O'Hara
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Defendants
Samsung Electronics America, Inc.
and Samsung Electronics Co., Ltd.

1519714_1