

# GRAHAM CURTIN
*A Professional Association*

GEORGE C. JONES
Direct Dial 973-401-7145
gjones@GrahamCurtin.com

December 18, 2014

**VIA ECF AND REGULAR MAIL**

Honorable Mark Falk
United States Magistrate Judge
United States Post Office
 and Courthouse Building
Room 457
1 Federal Square
Newark, New Jersey 07102

      Re:    *Weske et al. v. Samsung Electronics America, Inc. et al.*
                Civil Action No. 10-4811 (WJM) (MF)

Dear Judge Falk:

      This firm represents defendants, Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd., in the referenced matter. The parties have discussed the scheduling of discovery for this case and have agreed on the form of a proposed Pretrial Scheduling Order. We are enclosing the proposed order for Your Honor's consideration. If acceptable, please enter this order and arrange for it to be placed on the docket.

      If the Court requires a Word version of the proposed order, or would like to discuss it with counsel, please advise and we will be happy to make the necessary arrangements.

                                      Respectfully yours,

                                      GEORGE C. JONES

Enclosure
cc:    Lindsey H. Taylor, Esq. (w/enc.) (by e-mail)
        James J. O'Hara, Esq. (w/enc.) (by e-mail)

2212609.1